# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | PAUL R. JONES JR. | ) Case Number: 17-17369-jps |
| | JENNIFER K. JONES | ) Chapter 13 Proceedings |
| | Debtor. | ) Judge Jessica E. Price Smith |

## TRUSTEE'S MOTION TO DISMISS CASE FOR LACK OF FEASIBILITY

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and represents to the Court that the confirmed Plan of the Debtor herein is not feasible, because it will not be completed within the sixty (60) month maximum period allowed under 11 U.S.C. § 1322(d).

Both the Debtor and the Debtor's counsel were notified by the Trustee, on or about **April 26, 2021**, that the Plan would not be completed within a sixty (60) month time period, and requested that they take steps immediately to resolve the problem.

Further, the Trustee represents that the Plan remains unfeasible as of the date of the filing of this motion.

As stated in 11 U.S.C. § 1307, the Bankruptcy Code provides that a case may be dismissed for "cause." While "cause" is not specifically defined, the Trustee believes that the failure of the Debtor to take steps to complete the Plan within a sixty (60) month period constitutes sufficient cause to dismiss the Chapter 13 case.

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court for an Order dismissing this case for cause, pursuant to 11 U.S.C. § 1307(c) of the Bankruptcy Code.

/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on May 18, 2021 a true and correct copy of this Trustee's Motion to Dismiss Case was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    WILLIAM J. BALENA, on behalf of Debtor(s), at docket@ohbksource.com

And by regular U.S. mail, postage prepaid, on:

    PAUL R. JONES JR. & JENNIFER K. JONES, Debtor(s), at 775 NORTH MAIN STREET, GRAFTON, OH 44044

    /S/ Lauren A. Helbling
    LAUREN A. HELBLING (#0038934)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    ch13trustee@ch13cleve.com