# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:     Paul Jones, Jr.                  ) Case Number: 17-17369
        Jennifer Jones                   ) Chapter 13 Proceedings
           Debtor(s).                   ) Judge Jessica E. Price Smith

## TRUSTEE'S OBJECTION TO THIRD MOTION TO MODIFY PLAN

Now comes **LAUREN A. HELBLING**, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, by and through counsel, and hereby objects to the Third Motion to Modify Plan filed with this Court on July 28, 2021 (hereinafter "Debtors' Motion"). In support of her objection, the Trustee makes the following representations to the Court:

1.     The Debtors' Motion is not feasible because it will complete in excess of 84 months.

2.     The proposed plan associated with the Debtors' Motion does not provide for Velocity LLC.

3.     The Trustee reserves the right to amend and/or supplement her objection should additional information be provided.

**WHEREFORE** your Trustee, being a proper party in interest, hereby moves this Honorable Court to deny the Debtors' Motion for the reasons cited.

Respectfully submitted,

/s/ Holly Davala
HOLLY DAVALA #0070447
Staff Attorney for Chapter 13 Trustee
Office of the Chapter 13 Trustee, Lauren A. Helbling
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone: (216) 621-4268     Fax: (216) 621-4806
ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on August 5, 2021, a true and correct copy of the Trustee's Objection to Third Motion to Modify Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

William Balena, Attorney, on behalf of Debtor(s) at docket@ohbksource.com

/s/ Holly Davala
HOLLY DAVALA #0070447
Staff Attorney for Chapter 13 Trustee
Office of the Chapter 13 Trustee, Lauren A. Helbling
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone: (216) 621-4268    Fax: (216) 621-4806
ch13trustee@ch13cleve.com

HD/kb
8/5/21